# Exhibit A

**District Court Department**
Division: Cambridge District Court
Address: (781)306-2732
Telephone Number: (781)306-2732
Hours of Operations: 8:30am - 4:30pm

| For Court Use Only: |
| Docket No: _____ |

## Commonwealth of Massachusetts
### SUMMARY PROCESS (EVICTION) SUMMONS AND COMPLAINT

**IMPORTANT: NOTICE OF A COURT CASE TO EVICT YOU - PLEASE READ IT CAREFULLY**

**IMPORTANTE: ESTA ES UNA NOTIFICACION DE UN CASO EN CORTE RESPETO A PROCEDIMIENTOS DE DESALOJO. POR FAVOR DE LEER CON CUIDADO.**

TO: DEFENDANT(S)/TENANT(S)/OCCUPANT(S): T-Mobile Northeast, LLC
ADDRESS: c/o Corporate Service Co          CITY/TOWN: Boston      ZIP: 02109
EMAIL: 84 State Street                     TELEPHONE:

THE COURT WILL SEND YOU A NOTICE OF THE DATE, TIME, AND MANNER OF YOUR COURT EVENT.

You are hereby summonsed to appear at a hearing before a Judge of the Court to defend against the complaint of:
PLAINTIFF/LANDLORD/LESSOR/OWNER:
1925 Mass Ave, LLC
of STREET: 100 Garden St.          CITY/TOWN: Cambridge   ZIP: 02138
that you occupy the premises at roof and common areas at 1923-1925 Massachusetts Ave
being within the judicial district of this Court, unlawfully and against the right of said Plaintiff/Landlord/Owner Cambridge
because: failure to vacate after expiration of Lease

and further, that $ 102,480.00 rent is owed according to the following account:
                          plus interest and costs
ACCOUNT ANNEXED (itemize)
December 2022 to and
including August 2024

at $5,124 per month
(reserving the right to
all other damages)

Robert W. Levy
Printed Name of Plaintiff or Attorney

/s/ [signature]
Signature of Plaintiff or Attorney
Eckert Seamans
2 Int'l Pl., 16th Fl., Boston
Address of Plaintiff or Attorney          02110

**NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT**
If you do not file and serve an answer, or if you do not defend at the time of the trial, Judgment may be entered against you for possession and the rent as requested in the complaint. Please see the Notice to Defendant section on the back side of this page.

rlevy@eckertseamans.com
Email of Plaintiff or Attorney

617-342-6800          297840
Telephone Number      BBO#

FOR INFORMATION ABOUT EMERGENCY RENTAL AND MORTGAGE ASSISTANCE:
Please visit: www.mass.gov/CovidHousingHelp or call 211 for assistance.

To the Sheriff of our several counties, or their Deputies, or any constable of any City or Town within said Commonwealth, Greetings: We command you to summon the within named defendant(s)/tenant(s)/occupant(s) to appear as herein ordered.
WITNESS:

/s/ David E. Frank
First Justice
/s/ Sharon S. Casey
Clerk Magistrate

Service by: September 2, 2024
Entry Date by: September 9, 2024
Trial Date: To Be Determined by the Court

Last Updated 10/08/20

**¡Importante! ¡Traducir! Enpotan! Tradwi! Quan Trong! Dich!**

**IMPORTANT NOTICE TO PLAINTIFF/LANDLORD/LESSOR/OWNER:** Have the Officer complete and return the below return notice. Service must be made on each defendant(s) not later than the seventh day and not earlier than the thirtieth day before the Monday entry date. This form must be filed in Court no later than the close of business on the scheduled Monday entry date. In appropriate cases, proper evidence of notice to quit must be provided to this Court upon the filing of this Complaint.
**A P.O. box will not be accepted as an address for the Plaintiff**

### Officer's Return

Middlesex_____, ss                                     Date: _____

City/Town: _____

By virtue of this Writ, I this day served the within-named each defendant/tenant/occupant, and summonsed him/her as herein directed, by giving in hand to _____

or leaving it at the last and usual place of abode at _____

A copy of this summons was mailed first class to each defendant/tenant/occupant at the address on: _____

Fees for Service

| | |
|---|---|
| Service | $_____ |
| Copy/Attest | $_____ |
| Travel | $_____ |
| Use of Car | $_____ |
| Mailing | $_____ |
| TOTAL | $_____ |

_____
Signature of Officer

_____
Printed Name of Officer

_____
Address of Officer

_____
Telephone Number of Officer

**IMPORTANT NOTICE TO EACH DEFENDANT/TENANT/OCCUPANT:** When this case is filed with the Court, the Court will send a notice with the date, time, and how the court event will be conducted. If you do not receive a notice, please contact the Court's Clerk's Office at (781)306-2732

You (or your attorney) must participate in all Court events to present your defense. You (or your attorney) must also file a written Answer to this Complaint. An Answer is your response stating the reason(s) why you should not be evicted and may include any claims you have against the Plaintiff.

You must file (e-file, deliver or mail) your Answer with the Court's Clerk's Office and serve (deliver or mail) a copy on the Plaintiff (or Plaintiff's attorney) at the address shown in this summons. The Court's notice about the court event will also include the deadline by which the Answer must be received by the Court's Clerk's Office and received by the Plaintiff (or the Plaintiff's Attorney).